IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLBY ALBRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>    Defendant. | 8:14CV115<br><br>AMENDED PROGRESSION ORDER |

  The parties' motion to continue, (Filing No. 21), is granted, and the progression order is amended as follows:

1)  The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 14, 2015**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 1, 2015** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 28, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)  The telephonic conference with the undersigned magistrate judge remains scheduled to be held on **March 17, 2015** at **9:00 a.m.**

4)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 2, 2015. Motions to compel Rule 33 through 36 discovery must be filed by June 16, 2015. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

      For the plaintiff(s):       January 15, 2015.

      For the defendant(s):       March 16, 2015.

6) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

      For the plaintiff(s):       February 17, 2015.

      For the defendant(s):       April 16, 2015.

7) The deposition deadline is July 1, 2015.

8) The deadline for filing motions to dismiss and motions for summary judgment is June 2, 2015.[1]

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 2, 2015.[1]

November 14, 2014.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.