IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLBY ALBRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>　　　　　　　Defendant. | 8:14CV115<br><br>ORDER |

IT IS ORDERED:

1) The parties' joint motion to continue, (Filing No. 38), is granted.

2) All unexpired deadlines in the court's progression order, and the pretrial conference and trial settings, are continued pending further order of the court.

3) A telephonic conference with the undersigned magistrate judge will be held on **September 22, 2015** at **9:30 a.m.** to discuss setting a new progression schedule for the trial of this case. Counsel for plaintiff shall place the call.

4) This call will be cancelled and a deadline will be set for filing dismissal documents if, prior to the call, the parties advise my chambers by telephone ((402) 437-1670) or by email (zwart@ned.uscourts.gov) that the parties have settled this case.

April 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge