IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COLBY G. ALBRIGHT, | ) | CASE NO.  8:14-cv-115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the Plaintiff and Defendant and hereby stipulate that the above-captioned matter be dismissed with prejudice to any future action, each party to pay their own costs, complete record waived.

Dated this 7th day of March, 2017.

COLBY G. ALBRIGHT, Plaintiff

By:     /s/ James L. Cox, Jr.
         James L. Cox, Jr.
         Brent Coon & Associates
         3801 East Florida Avenue, Suite 905
         Denver, CO  80210
         (303) 756-3243

UNION PACIFIC RAILROAD COMPANY, Defendant,

By:     /s/ David J. Schmitt
         David J. Schmitt  #19123
         LAMSON, DUGAN and MURRAY, LLP
         10306 Regency Parkway Drive
         Omaha, NE  68114
         (402) 397-7300