IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLBY ALBRIGHT, | |
| Plaintiff, | 8:14-CV-115 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | JUDGMENT |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (filing 96), this matter is dismissed with prejudice, each party to pay their own costs and complete record waived.

Dated this 7th day of March, 2017.

BY THE COURT:

*[signature]*
John M. Gerrard
United States District Judge